**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

**NATHANIEL THOMAS PETTIFORD,**
**JR.**                                        :          **CIVIL ACTION NO.:  3:12-CV-2883**

**VERSUS**                                :          **JUDGE:  ROBERT G. JAMES**

**GRAPHIC PACKAGING**
**INTERNATIONAL, INC.**          :          **MAGISTRATE:  KAREN L. HAYES**

<u>**PROPOSED JUDGMENT**</u>

        **CONSIDERING THE FOREGOING** motion for summary judgment filed by Graphic

Packaging International, Inc., the court considering the law and evidence to be in favor thereof:

        **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the motion is

granted and the claims of the Plaintiff against the Defendant, Graphic Packaging International,

Inc., are hereby dismissed with prejudice at Plaintiff's cost.

        **THUS AND SIGNED**, Monroe, Ouachita Parish, Louisiana, this _____day of

_____, 2013.


                        _____
                                **DISTRICT JUDGE**