NATHANIEL THOMAS PETTIFORD, JR. §     NUMBER: 12-1315

VERSUS                          §     4th JUDICIAL DISTRICT COURT

GRAPHIC PACKAGING
INTERNATIONAL, INC.             §     OUACHITA PARISH, LOUISIANA

                        AFFIDAVIT

STATE OF LOUISIANA

PARISH OF OUACHITA

    BEFORE ME, personally came and appeared, Mike Shields, who after being duly sworn did depose and state that:

1.

    He is employed at the Graphic Packaging International, Inc. [hereafter, GPI] facility in West Monroe, Louisiana as the Senior Purchasing Agent.

2.

    His job duties require him to be familiar with the work performed at GPI's plant in West Monroe, Louisiana and he is also required to obtain and maintain written contracts and purchase orders with businesses and individuals supplying goods, products and services for GPI in West Monroe, Louisiana and that he is the custodian of the purchase orders and written contracts between GPI and other individuals and businesses supplying goods, products and services for GPI, Inc. at its West Monroe facility.

3.

    Attached hereto as part of Exhibit A, in globo, is a true and copy Purchase Order No. 4503442676 whereby GPI contracted with B&D Technical Services, Inc., ("B&D," herein) with the applicable General Terms and Conditions governing the agreement between GPI and B&D whereby B&D agreed to provide and did provide time and material, supervision, labor, tools and materials for the total sum of $26,060.00.

4.

    The General Terms and Conditions attached to purchase order No. 4503442676, provide in Section 13 that, pursuant to the provisions of La. R.S. 23:1061(a)(3), GPI is the statutory employer of B&D's employees.

1

**EXHIBIT**

*1*

5.

All of the above facts are based on Appearer's personal knowledge gained during his experience working at the GPI West Monroe facility and his position as the Senior Purchasing Agent and the records custodian of the contracts and purchase orders between GPI and its buyers and contractors providing services at the GPI West Monroe facility.

_____
**MIKE SHIELDS**

SWORN TO AND SUBSCRIBED before me, Notary Public, this _8th_ day of August_____, 2012.

_____
**NOTARY PUBLIC**  #16104

2