UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| NATHANIEL THOMAS PETTIFORD, JR. | : | CIVIL ACTION NO.: 3:12-cv-02883 |
| VERSUS | : | JUDGE: ROBERT G. JAMES |
| GRAPHIC PACKAGING INTERNATIONAL, INC. | : | MAGISTRATE: KAREN L. HAYES |

**AFFIDAVIT**

| | |
|---|---|
| **STATE OF GEORGIA** | § |
| **COUNTY OF BIBB** | § |

BEFORE ME the undersigned authority, personally came and appeared, WHITEY L. PRICE, who after first being duly sworn, deposed and stated:

That he is the General Manager for B&D SERVICE CENTER, INC.; that because of his position with B&D Service Center, Inc., he has personal knowledge of the job performed for GRAPHIC PACKAGING INTERNATIONAL, INC., on May 25, 2011.

That, Graphic Packaging International, Inc. transmitted a Purchase Order numbered 4503442676 to B&D Service Center, Inc. That along with the Purchase Order, Graphic Packaging International, Inc. transmitted the Graphic Packaging International, Inc., General Terms and Conditions. That B&D Service Center, Inc. was aware of the general terms and conditions that were received with Purchase Order Number 4503442676 along with all of the provisions contained therein. That B&D Service Center, Inc. did accept the Purchase Order and performed the job under the general terms and conditions and all of the provisions contained

therein, including Section 13 whereby B&D employees would be the statutory employees of Graphic Packaging International, Inc.

BY: _____
WHITEY L. PRICE

SWORN TO AND SUBSCRIBED before me, Notary, on this 29th day of November, 2012.

_____
NOTARY PUBLIC  exp 11/19/16