# ACORD™ CERTIFICATE OF LIABILITY INSURANCE

1/1/2012 | DATE (MM/DD/YYYY) 12/16/2010

| PRODUCER | |
|---|---|
| Lockton Companies, LLC<br>3280 Peachtree Road NE, Suite 800<br>Atlanta GA 30305<br>(404) 460-3600 | THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. |

| INSURED | INSURERS AFFORDING COVERAGE | NAIC # |
|---|---|---|
| B&D Industrial, Inc.<br>1050200 Bearings and Drives, Inc.<br>Scales Systems, Inc.<br>PO Box 4325<br>Macon GA 31208 | INSURER A: The Travelers Indemnity Co of America | 25666 |
| | INSURER B: Travelers Indemnity Co of CT | 25682 |
| | INSURER C: The Charter Oak Fire Insurance Company | 25615 |
| | INSURER D: Travelers Property Casualty Co of America | 25674 |
| | INSURER E: | |

**COVERAGES**   BEARDR01   EH

THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. AGGREGATE LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | ADD'L INSRD | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YY) | POLICY EXPIRATION DATE (MM/DD/YY) | LIMITS | |
|---|---|---|---|---|---|---|---|
| A | | **GENERAL LIABILITY**<br>[X] COMMERCIAL GENERAL LIABILITY<br>[ ] CLAIMS MADE [X] OCCUR<br><br>GEN'L AGGREGATE LIMIT APPLIES PER:<br>[ ] POLICY [ ] PROJECT [ ] LOC | Y6308242A09ATIA11 | 1/1/2011 | 1/1/2012 | EACH OCCURRENCE<br>DAMAGE TO RENTED PREMISES (Ea occurence)<br>MED EXP (Any one person)<br>PERSONAL & ADV INJURY<br>GENERAL AGGREGATE<br>PRODUCTS - COMP/OP AGG | $ 1,000,000<br>$ 100,000<br>$ 5,000<br>$ 1,000,000<br>$ 5,000,000<br>$ 2,000,000 |
| C | | **AUTOMOBILE LIABILITY**<br>[X] ANY AUTO<br>[ ] ALL OWNED AUTOS<br>[ ] SCHEDULED AUTOS<br>[X] HIRED AUTOS<br>[X] NON-OWNED AUTOS | Y8108242A09ACOF11 | 1/1/2011 | 1/1/2012 | COMBINED SINGLE LIMIT (Ea accident)<br>BODILY INJURY (Per person)<br>BODILY INJURY (Per accident)<br>PROPERTY DAMAGE (Per accident) | $ 1,000,000<br>$ XXXXXXX<br>$ XXXXXXX<br>$ XXXXXXX |
| | | **GARAGE LIABILITY**<br>[ ] ANY AUTO | NOT APPLICABLE | | | AUTO ONLY - EA ACCIDENT<br>OTHER THAN  EA ACC<br>AUTO ONLY:  AGG | $ XXXXXXX<br>$ XXXXXXX<br>$ XXXXXXX |
| D | | **EXCESS/UMBRELLA LIABILITY**<br>[X] OCCUR [ ] CLAIMS MADE<br>[ ] DEDUCTIBLE [X] UMBRELLA FORM<br>[X] RETENTION $ 10,000 | YCUP8242A09ATIL11 | 1/1/2011 | 1/1/2012 | EACH OCCURRENCE<br>AGGREGATE | $ 10,000,000<br>$ 10,000,000<br>$ XXXXXXX<br>$ XXXXXXX<br>$ XXXXXXX |
| B | | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY**  Y/N<br>ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? [N]<br>(Mandatory in NH)<br>If yes, describe under SPECIAL PROVISIONS below | YUB8803C34811 | 1/1/2011 | 1/1/2012 | [X] WC STATUTORY LIMITS  [ ] OTHER<br>E.L. EACH ACCIDENT<br>E.L. DISEASE - EA EMPLOYEE<br>E.L. DISEASE - POLICY LIMIT | <br>$ 1,000,000<br>$ 1,000,000<br>$ 1,000,000 |
| | | **OTHER** | | | | | |

**DESCRIPTION OF OPERATIONS/LOCATIONS/VEHICLES/EXCLUSIONS ADDED BY ENDORSEMENT/SPECIAL PROVISIONS**

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| 10830681<br>Graphic Packaging<br>Attn: Peggy<br>1000 Jonesboro<br>Plant 31<br>West Monroe LA 71392 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING INSURER WILL ENDEAVOR TO MAIL __30__ DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT, BUT FAILURE TO DO SO SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE INSURER, ITS AGENTS OR REPRESENTATIVES.<br>AUTHORIZED REPRESENTATIVE [signature] |

ACORD 25 (2009/01)        © 1988-2009 ACORD CORPORATION. All rights reserved
The ACORD name and logo are registered marks of ACORD
For questions regarding this certificate, contact the number listed in the 'Producer' section above and specify the client code 'BEARDR01'.

# ACORD™ CERTIFICATE OF LIABILITY INSURANCE

1/1/2012

DATE (MM/DD/YYYY): 12/16/2010

| PRODUCER | Lockton Companies, LLC<br>3280 Peachtree Road NE, Suite 800<br>Atlanta GA 30305<br>(404) 460-3600 |
|---|---|

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.

| INSURERS AFFORDING COVERAGE | NAIC # |
|---|---|
| INSURED: B&D Industrial, Inc.<br>1050200 Bearings and Drives, Inc.<br>Scales Systems, Inc.<br>PO Box 4325<br>Macon GA 31208 | |
| INSURER A: The Travelers Indemnity Co of America | 25666 |
| INSURER B: Travelers Indemnity Co of CT | 25682 |
| INSURER C: The Charter Oak Fire Insurance Company | 25615 |
| INSURER D: Travelers Property Casualty Co of America | 25674 |
| INSURER E: | |

COVERAGES   BEARDR01   EH

THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER AND THE CERTIFICATE HOLDER.

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. AGGREGATE LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | ADD'L INSRD | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YY) | POLICY EXPIRATION DATE (MM/DD/YY) | LIMITS | |
|---|---|---|---|---|---|---|---|
| A | X | GENERAL LIABILITY<br>X COMMERCIAL GENERAL LIABILITY<br>☐ CLAIMS MADE  X OCCUR<br><br>GEN'L AGGREGATE LIMIT APPLIES PER:<br>☐ POLICY ☐ PROJECT ☐ LOC | Y6308242A09ATIA11 | 1/1/2011 | 1/1/2012 | EACH OCCURRENCE | $ 1,000,000 |
| | | | | | | DAMAGE TO RENTED PREMISES (Ea occurence) | $ 100,000 |
| | | | | | | MED EXP (Any one person) | $ 5,000 |
| | | | | | | PERSONAL & ADV INJURY | $ 1,000,000 |
| | | | | | | GENERAL AGGREGATE | $ 5,000,000 |
| | | | | | | PRODUCTS - COMP/OP AGG | $ 2,000,000 |
| C | | AUTOMOBILE LIABILITY<br>X ANY AUTO<br>☐ ALL OWNED AUTOS<br>☐ SCHEDULED AUTOS<br>X HIRED AUTOS<br>X NON-OWNED AUTOS | Y8108242A09ACOF11 | 1/1/2011 | 1/1/2012 | COMBINED SINGLE LIMIT (Ea accident) | $ 1,000,000 |
| | | | | | | BODILY INJURY (Per person) | $ XXXXXXX |
| | | | | | | BODILY INJURY (Per accident) | $ XXXXXXX |
| | | | | | | PROPERTY DAMAGE (Per accident) | $ XXXXXXX |
| | | GARAGE LIABILITY<br>☐ ANY AUTO | NOT APPLICABLE | | | AUTO ONLY - EA ACCIDENT | $ XXXXXXX |
| | | | | | | OTHER THAN  EA ACC<br>AUTO ONLY:  AGG | $ XXXXXXX<br>$ XXXXXXX |
| D | | EXCESS/UMBRELLA LIABILITY<br>X OCCUR ☐ CLAIMS MADE<br>☐ DEDUCTIBLE X UMBRELLA FORM<br>X RETENTION $ 10,000 | YCUP8242A09ATIL11 | 1/1/2011 | 1/1/2012 | EACH OCCURRENCE | $ 10,000,000 |
| | | | | | | AGGREGATE | $ 10,000,000 |
| | | | | | | | $ XXXXXXX |
| | | | | | | | $ XXXXXXX |
| | | | | | | | $ XXXXXXX |
| B | | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY  Y/N<br>ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED?  N<br>(Mandatory in NH)<br>If yes, describe under SPECIAL PROVISIONS below | YUB8803C34811 | 1/1/2011 | 1/1/2012 | X WC STATU-TORY LIMITS  ☐ OTHER | |
| | | | | | | E.L. EACH ACCIDENT | $ 1,000,000 |
| | | | | | | E.L. DISEASE - EA EMPLOYEE | $ 1,000,000 |
| | | | | | | E.L. DISEASE - POLICY LIMIT | $ 1,000,000 |
| | | OTHER | | | | | |

DESCRIPTION OF OPERATIONS/LOCATIONS/VEHICLES/EXCLUSIONS ADDED BY ENDORSEMENT/SPECIAL PROVISIONS
Graphic Packaging International, Inc., is included as Additional Insured as respects General Liability as required by written contract. Waiver of Subrogation in favor of Graphic Packaging International, Inc., on the above general liabilty policy as required by written contract.

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| 3897262<br>Graphic Packaging International, Inc.<br>Attn: Peggy Gross<br>PO Box 35800<br>West Monroe LA 71294 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING INSURER WILL ENDEAVOR TO MAIL 30 DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT, BUT FAILURE TO DO SO SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE INSURER, ITS AGENTS OR REPRESENTATIVES.<br><br>AUTHORIZED REPRESENTATIVE *[signature]* |

ACORD 25 (2009/01)   © 1988/2009 ACORD CORPORATION. All rights reserved
The ACORD name and logo are registered marks of ACORD
For questions regarding this certificate, contact the number listed in the 'Producer' section above and specify the client code 'BEARDR01'.