UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

**COPY**

NATHANIEL THOMAS PETTIFORD

VERSUS            NO. 3:12-CV-2883
                   JUDGE JAMES
                   MAGISTRATE JUDGE HAYES

GRAPHIC PACKAGING
INTERNATIONAL, INC.

\* \* \* \* \* \* \* \* \* \* \* \* \*

DEPOSITION OF

RYAN LEE CANALES

August 20, 2013

\* \* \* \* \* \* \* \* \* \* \* \* \*

Taken at:

Graphic Packaging
1000 Jonesboro Road
West Monroe, Louisiana 71291

\* \* \* \* \* \* \* \* \* \* \* \* \*

Reported by:    Janet McBride
                Certified Court Reporter
                Certificate No. 27006

1  Q.   And I think you gave us an affidavit
2  regarding that accident and--
3  A.   Yes, sir.
4  Q.   Is that a copy of your affidavit?
5       (Witness peruses document.)
6  A.   That is identical.  The front page is anyway.
7  Yep, that's it.
8  Q.   That's it.  Okay.
9       MR. JOHNSON:  I'm going to just mark this as
10      "Exhibit 1" and we'll attach it.
11 A.   Okay.
12 Q.   But anyway--
13      MR. EDWARDS:  I have no objection.
14      MR. JOHNSON:  Thank you.  Sorry I didn't ask you
15      about that.
16 Q.   And anyway, there was a gear--  B&D, which
17 you referred to as B&D--  What is the full name?
18 A.   Bearings & Drives.
19 Q.   Bearings & Drives was hired to perform a gear
20 change operation.  Is that--
21 A.   Yes, sir.
22 Q.   Okay.  Tell me about that.
23 A.   Well, our internal predictive maintenance
24 group does vibration rounds, and they obviously picked
25 up a bad bearing.  I don't remember if it was an

1  inboard or outboard bearing or maybe just a high gear
2  frequency. So anyway, they--they write up a work
3  notification for us to change the gears or change the
4  bearings or whatever. So that's what B&D was there
5  doing. I don't know the particulars on the job. I
6  don't know if they were changing the gears or just
7  changing the bearings on the gear, but that's-- They
8  were working on a gear set, whether it be bearings or
9  gears.
10     Q.  And is that the type job you typically farm
11 out to a third party like Bearings & Drives?
12     A.  Most always we will farm that out.
13     Q.  Okay. And the reason being?
14     A.  The reason being is because our outages are
15 so large, we've gone from, you know, four-week in
16 between outages to seven weeks in between outages, and
17 basically, we've doubled the size of our outages. So
18 therefore, you know, just say if we have fifty internal
19 mechanics-- We normally always need about eighty, so
20 since we only have fifty we have to contract out the
21 work that's left over.
22     Q.  Okay.
23     A.  And gears are something that we will contract
24 out. Gears and bearings and pipe repairs, you know,
25 welding pipe leaks, they're two of the first things we