```
 1              STATE OF LOUISIANA * PARISH OF OUACHITA
 2                   FOURTH JUDICIAL DISTRICT COURT
 3              * * * * * * * * * * * * * * * * * * *
 4
 5   NATHANIEL THOMAS PETTIFORD
 6
 7   VERSUS                                    No. 12-1315
 8
 9
     GRAPHIC PACKAGING INTERNATIONAL, INC.
10
11              * * * * * * * * * * * * * * * * * * *
12                     THE CORPORATE DEPOSITION OF
13                GRAPHIC PACKAGING INTERNATIONAL, INC.,
14                      THROUGH ITS REPRESENTATIVE,
15                          BRANDON CHAD JOHNSON
16                            August 9, 2013
                * * * * * * * * * * * * * * * * * * *
17
     Taken At:
18
         Graphic Packaging International, Inc.
19       1000 Jonesboro Road, Maple Room
         West Monroe, Louisiana 71292
20
                * * * * * * * * * * * * * * * * * * *
21
                            Reported By:
22
                                     PEPPER ROBERTSON
23                                   CERTIFIED COURT REPORTER
                                     CERTIFICATE NO. 20100026
24                                   PARISH OF OUACHITA
                                     STATE OF LOUISIANA
25
```

```
 1      A    They're hired to change our bearings and gears.
 2      Q    On your--
 3      A    Various places on our machines.  I think that
 4  particular job was a gear change, of course it includes
 5  bearings, but--  They're one of our local contractors.  I say
 6  "local."  We use them.  They're from Macon, Atlanta.
 7      Q    And the question I always have in these types of
 8  situations, why were they hired to do the job?
 9      A    Because they have good quality of service.
10      Q    Okay.  In other words, as opposed to you taking
11  some guys down there and doing the job.
12      A    We have--we get X amount of general mechanics.
13  Typically we use our mechanics on rolls or specialty items.
14  Our guys can do it.  It's just a--it's a manpower issue.  We
15  have more work than we have manpower, so therefore we have to
16  outsource jobs.
17      Q    Y'all do this a lot--quite a bit of outsourcing
18  that I'm aware of over the years when you have shutdowns
19  and--
20      A    Oh, yeah.
21      Q    --things like that you have to--
22      A    Yeah.  We have an outage every six weeks, so we
23  outsource, you know, a portion of the workload every six
24  weeks.
25      Q    What's involved in changing gears and bearings out
```